UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC
APR 02 2024
US DISTRICT COURT
W. DISTRICT OF N.C.

UNITED STATES OF AMERICA )  DOCKET NO. 1:24CR26
) MR-WCM
)  BILL OF INDICTMENT
v. )
)  Violation:
BREANNA NICOLE REED )  21 U.S.C. § 841(a)(1)
)

THE GRAND JURY CHARGES:

COUNT ONE

On or about June 27, 2022, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

BREANNA NICOLE REED

did knowingly and intentionally distribute a controlled substance, that is, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

*Space intentionally left blank.*

## COUNT TWO

On or about July 6, 2022, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

BREANNA NICOLE REED

did knowingly and intentionally distribute a controlled substance, that is, a mixture and substance containing a detectable amount of N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about August 4, 2022, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

BREANNA NICOLE REED

did knowingly and intentionally distribute a controlled substance, that is, a mixture and substance containing a detectable amount of N-phenyl-N-[l-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

*Space intentionally left blank.*

## NOTICE OF FORFEITURE

Notice is hereby given of 18 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924 and/or Section 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

A TRUE BILL:

Redacted

DENA J. KING
UNITED STATES ATTORNEY

ALEXIS SOLHEIM
ASSISTANT UNITED STATES ATTORNEY